UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609)386-8700
Attorney for Debtor

Order Filed on November 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

  Leann M. Stevenson

Case No.: _____ 15-20834 _____

Hearing Date: __ 11/15/16 at 10:00 AM __

Judge: _____ ABA _____

Chapter: _____ 13 _____

## ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: November 15, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____ Leann M. Stevenson _____ and for good cause shown, it is

ORDERED that this case is converted from chapter ____13____ to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed,

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order,

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order,

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

ORDERED that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further

ORDERED that if the case is converting from chapter 11, the debtor or chapter 11 trustee shall:

- immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her custody or control,

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

2

ORDERED that if the case is converting from chapter 13, the chapter 13 trustee shall:

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED, that if the case is converting from chapter 13, upon the filing of the trustee's Final Report, the chapter 13 trustee is discharged as trustee of the estate and the bond is cancelled.

*rev. 8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-20834-ABA
Leann M. Stevenson                                                              Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1               Date Rcvd: Nov 16, 2016
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db              +Leann M. Stevenson,    7 West Laurel Road,    Stratford, NJ 08084-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
          Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          Thomas J Orr    on behalf of Debtor Leann M. Stevenson tom@torrlaw.com,  xerna@aol.com
                                                                                         TOTAL: 2