UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
STEVENSON, LEANN M.

Case No.: 15-20834-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on January 31, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 7 WEST LAUREL ROAD, STRATFORD NJ 08084<br>(FMV $120,000.00) |
|---|---|

| Liens on property: | $249,939.80 - Bank of America |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 15-20834-ABA
Leann M. Stevenson                                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2                Date Rcvd: Dec 21, 2016
                              Form ID: pdf905          Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
```
db             +Leann M. Stevenson,    7 West Laurel Road,    Stratford, NJ 08084-1717
aty            +Kivitz McKeever Lee, PC,    216 Haddon Avenue,   Suite 406,    Westmont, NJ 08108-2812
lm            #+Bank of America,    1610 E. St. Andrews Street,    Suite B-150,    Santa Ana, CA 92705-4931
515558041      +Account Resolution Services,    1643 Harrison Parkway, Suite 100,    Sunrise, FL 33323-2857
515558043       Apex Asset Management,    2501 Oregon Pike,    Suite 102,   Lancaster, PA 17601-4890
515558044     #+Bank Of America,    1610 East St. Andrews Street, Suite B150,    Santa Ana, CA 92705-4931
515807463      +Bank of America, N.A.,    Carrington Mortgages Services, LLC,    Bankruptcy Department,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
515558077     ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,    P.O. Box 629025,    El Dorado Hills, CA  95762)
515558046      +Capital One,   PO Box 30281,    Salt Lake City, UT 84130-0281
515558047      +Cardiovascular Associates Of Delaware,    Valley,   210 West Atlantic Avenue,
                 Haddon Heights, NJ 08035-1715
515558048       Carrington Mortgage,    2100 E. 196th St.,    Westfield, IN 46074-9240
515558049      +Commonwealth Financial,    245 Main Street,    Dickson City, PA 18519-1641
515558050      +Convergent Healthcare Recoveries,    121 NE Jefferson Street,    Suite 100,
                 Peoria, IL 61602-1229
515558054      +DSRM National Bank,    7201 Canyon Drive,    Amarillo, TX 79110-4339
515558053      +District Of Columbia Government,    Office Of The Chief Financial Officer,
                 1350 Pennsylvania Avenue, NW, Suite 203,    Washington, DC 20004-3003
515558055      +Emergency Phy Assoc. Of S. Jersey,    P.O. Box 740021,    Cincinnati, OH 45274-0021
515558057      +Financial Recoveries,    200 East Park Drive,    Suite 100,    Mount Laurel, NJ 08054-1297
515558059      +Goldman & Warshaw, P.C.,    34 Maple Ave Suite 101,    Pine Brook, NJ 07058-9394
515558060      +HSBC Bank,   PO Box 5253,    Carol Stream, IL 60197-5253
515558062      +Kennedy Health System,    PO Box 13704,    Philadelphia, PA 19101-3704
515558063      +Kivitz McKeever Lee, PC,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
515558066      +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
515558067     #+Nudelman, Klemm, And Golus,    425 Eagle Rock Ave. Suite 403,    Roseland, NJ 07068-1787
515558068      +Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
515558071      +Pressler And Pressler,    Counselors At Law,    7 Entin Road,    Parsippany, NJ 07054-5020
515558072      +Professional Account Management, LLC,    633 W. Wisconsin Avenue,    Milwaukee, WI 53203-1920
515558073      +Progressive Insurance,    PO Box 6807,    Cleveland, OH 44101-1807
515558074      +Quality Asset Recovery,    7 Foster Avenue,    Suite 101,   Gibbsboro, NJ 08026-1191
515558075      +Rowan School Of Osteopathic Medicine,    One Medical Center Drive,    Stratford, NJ 08084-1500
515558078      +Target Financial Services,    Mail Stop SC-F,    PO Box 673,    Minneapolis, MN 55440-0673
515558079       Target National Bank,    P.O. Box 1581,    Minneapolis, MN  55440-1581
515558080      +Team Health,    265 Brookview Centre Way,    Knoxville, TN 37919-4049
515558082      +Trident Asset Management,    53 Perimeter Center East,    Suite 440,    Atlanta, GA 30346-2287
515558083       U.S. Attorney,    930 Broad Street,    Fifth Floor,   Newark, NJ  07102
515558084       U.S. Attorney General,    Department Of Justice,    950 Pennsylvania Avenue,
                 Washington, DC  20530-0009
515558085      +Verizon,   PO Box 4830,    Trenton, NJ 08650-4830
515558086      +Virtual Radiologic Corporation,    11995 Singletree Lane, Suite 500,
                 Eden Prairie, MN 55344-5349
515558087       WFNNB,   Bankruptcy Department,    PO Box 182125,    Columbus, OH  43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 21 2016 23:05:45     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 21 2016 23:05:42      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515558042      +E-mail/Text: roy.buchholz@allianceoneinc.com Dec 21 2016 23:04:41       Alliance One,
                 4850 Street Road,    Suite 300,   Trevose, PA 19053-6643
515575271       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2016 23:07:42
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
515558045      +E-mail/Text: splatt@camdencc.edu Dec 21 2016 23:05:21      Camden County College,
                 200 N. Broadway,    Camden, NJ 08102-1185
515558051       E-mail/Text: legal-dept@cooperhealth.edu Dec 21 2016 23:05:44       Cooper Health System,
                 PO Box 6018,    Bellmawr, NJ  08099-6018
515558052       E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 21 2016 23:06:56
                 Credit Collection Services,    PO Box 9134,    Needham, MA  02494-9134
515558056      +E-mail/Text: mmbk@fenton-mcgarvey.com Dec 21 2016 23:04:42      Fenton & McGarvey Law Firm,
                 2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
515558058      +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:52      GE Capital Retail Bank,
                 PO Box 965060,    Orlando, FL 32896-5060
515558061       E-mail/Text: cio.bncmail@irs.gov Dec 21 2016 23:05:12      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA  19101-7346
515558064      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 21 2016 23:05:41      Midland Funding, LLC,
                 8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
515558065      +E-mail/Text: mmrgbk@miramedrg.com Dec 21 2016 23:05:46      Miramed Revenue Group,
                 991 Oak Creek Drive,    Lombard, IL 60148-6408
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Dec 21, 2016
                              Form ID: pdf905          Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515939442         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:07:57
                   Portfolio Recovery Associates, LLC,    c/o Dress Barn,    POB 41067,    Norfolk VA 23541
515852955         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:07:43
                   Portfolio Recovery Associates, LLC,    c/o Sears,    POB 41067,    Norfolk VA 23541
515852956         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:22:51
                   Portfolio Recovery Associates, LLC,    c/o The Gap,    POB 41067,    Norfolk VA 23541
515558069         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2016 23:40:12
                   Portfolio Recovery Assc., LLC,    120 Corporate Blvd,    Norfolk, VA   23502-4952
515558076         E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2016 23:07:33     SYNCB/Gap,    PO Box 965005,
                   Orlando, FL    32896-5005
515558081        +E-mail/Text: bankruptcydepartment@tsico.com Dec 21 2016 23:06:45     Transworld Systems,
                   5626 Frantz Road,    Dublin, OH 43017-2590
                                                                                               TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515558070*       +Portfolio Recovery Assc., LLC,    120 Corporate Blvd,    Norfolk, VA 23502-4952
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2016 at the address(es) listed below:
```
              Andrew   Sklar     andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas J Orr    on behalf of Debtor Leann M. Stevenson tom@torrlaw.com,   xerna@aol.com
                                                                                             TOTAL: 4
```