Order Filed on February 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Shelton, Harrison & Pinson, PLLC<br>701 Highlander Blvd. Suite 270<br>Arlington, TX 76015<br>P: 817.522.7550<br>F: 817.375.2006<br>Attorneys for Secured Creditor<br>Bank of America, N.A. | |
| In Re:<br><br>Leann M. Stevenson | Case No.: 15-20834-ABA<br><br>Hearing Date: February 21, 2017 10am<br><br>Judge: Andrew B. Altenburg Jr.<br><br>Chapter 7 |

| Recommended Local Form: | Followed | XX Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 21, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of Bank of America, N.A. ("Secured Creditor"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more action in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Real property more full described as follows:
7 West Laurel Road, Stratford, NJ 08084

ORDERED that all communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors.

~~ORDERED that the 14 day stay provided in the Federal Rule of Bankruptcy 4001(a)(3) is hereby waived.~~

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.