Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−20834−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leann M. Stevenson
   7 West Laurel Road
   Stratford, NJ 08084

Social Security No.:
   xxx−xx−0778

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after March 24, 2017 for the reason(s) indicated below.

☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: February 22, 2017
JAN: def

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Leann M. Stevenson  
    Debtor

Case No. 15-20834-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin           Page 1 of 1            Date Rcvd: Feb 22, 2017  
                Form ID: clsnodsc      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2017.  
db        +Leann M. Stevenson,   7 West Laurel Road,   Stratford, NJ 08084-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg        E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2017 23:55:38      U.S. Attorney,   970 Broad St.,    Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534  
smg       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2017 23:55:35      United States Trustee,    Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,    Newark, NJ 07102-5235  
                                                                                                            TOTAL: 2

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2017                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2017 at the address(es) listed below:  
            Andrew   Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com  
            Denise E. Carlon    on behalf of Creditor   Bank of America, N.A. dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Joshua I. Goldman    on behalf of Creditor   Bank of America, N.A. jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            Nicholas Paul Edwards    on behalf of Creditor   Bank of America, N.A. nedwards@shp-law.com  
            Thomas J Orr    on behalf of Debtor Leann M. Stevenson tom@torrlaw.com,   xerna@aol.com  
                                                                                                            TOTAL: 5