Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 15−20834−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Leann M. Stevenson
   7 West Laurel Road
   Stratford, NJ 08084

Social Security No.:
   xxx−xx−0778

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: March 27, 2017
JAN: jpl

    Jeanne Naughton
    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-20834-ABA
Leann M. Stevenson                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin              Page 1 of 2         Date Rcvd: Mar 27, 2017
                        Form ID: cscnodsc        Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
```
db           +Leann M. Stevenson,    7 West Laurel Road,    Stratford, NJ 08084-1717
aty          +Kivitz McKeever Lee, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
lm          #+Bank of America,    1610 E. St. Andrews Street,    Suite B-150,    Santa Ana, CA 92705-4931
515558041    +Account Resolution Services,    1643 Harrison Parkway, Suite 100,    Sunrise, FL 33323-2857
515558043     Apex Asset Management,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
515558044   #+Bank Of America,    1610 East St. Andrews Street, Suite B150,    Santa Ana, CA 92705-4931
515807463    +Bank of America, N.A.,    Carrington Mortgages Services, LLC,    Bankruptcy Department,
               1600 South Douglass Road,    Anaheim, CA 92806-5948
515558077   ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
             (address filed with court: T-Mobile,    P.O. Box 629025,    El Dorado Hills, CA  95762)
515558046    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
515558047    +Cardiovascular Associates Of Delaware,    Valley,    210 West Atlantic Avenue,
               Haddon Heights, NJ 08035-1715
515558048     Carrington Mortgage,    2100 E. 196th St.,    Westfield, IN 46074-9240
515558049    +Commonwealth Financial,    245 Main Street,    Dickson City, PA 18519-1641
515558050    +Convergent Healthcare Recoveries,    121 NE Jefferson Street,    Suite 100,
               Peoria, IL 61602-1229
515558054    +DSRM National Bank,    7201 Canyon Drive,    Amarillo, TX 79110-4339
515558053    +District Of Columbia Government,    Office Of The Chief Financial Officer,
               1350 Pennsylvania Avenue, NW, Suite 203,    Washington, DC 20004-3003
515558055    +Emergency Phy Assoc. Of S. Jersey,    P.O. Box 740021,    Cincinnati, OH 45274-0021
515558057    +Financial Recoveries,    200 East Park Drive,    Suite 100,    Mount Laurel, NJ 08054-1297
515558059    +Goldman & Warshaw, P.C.,    34 Maple Ave Suite 101,    Pine Brook, NJ 07058-9394
515558060    +HSBC Bank,    300 Delaware Avenue,    No. 1400,    Wilmington, DE 19801-1607
515558062    +Kennedy Health System,    PO Box 13704,    Philadelphia, PA 19101-3704
515558063    +Kivitz McKeever Lee, PC,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
515558066    +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
515558067   #+Nudelman, Klemm, And Golus,    425 Eagle Rock Ave. Suite 403,    Roseland, NJ 07068-1787
515558068    +Penn Credit Corporation,    916 South 14th Street,    Harrisburg, PA 17104-3425
515558071    +Pressler And Pressler,    Counselors At Law,    7 Entin Road,    Parsippany, NJ 07054-5020
515558072    +Professional Account Management, LLC,    633 W. Wisconsin Avenue,    Milwaukee, WI 53203-1920
515558073    +Progressive Insurance,    PO Box 6807,    Cleveland, OH 44101-1807
515558074    +Quality Asset Recovery,    7 Foster Avenue,    Suite 101,    Gibbsboro, NJ 08026-1191
515558075    +Rowan School Of Osteopathic Medicine,    One Medical Center Drive,    Stratford, NJ 08084-1500
515558078    +Target Financial Services,    Mail Stop SC-F,    PO Box 673,    Minneapolis, MN 55440-0673
515558079     Target National Bank,    P.O. Box 1581,    Minneapolis, MN  55440-1581
515558080    +Team Health,    265 Brookview Centre Way,    Knoxville, TN 37919-4049
515558082    +Trident Asset Management,    53 Perimeter Center East,    Suite 440,    Atlanta, GA 30346-2287
515558083     U.S. Attorney,    930 Broad Street,    Fifth Floor,    Newark, NJ  07102
515558084     U.S. Attorney General,    Department Of Justice,    950 Pennsylvania Avenue,
               Washington, DC  20530-0009
515558085    +Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
515558086    +Virtual Radiologic Corporation,    11995 Singletree Lane, Suite 500,
               Eden Prairie, MN 55344-5349
515558087     WFNNB,    Bankruptcy Department,    PO Box 182125,    Columbus, OH  43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2017 22:42:57     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2017 22:42:56     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515558042    +E-mail/Text: roy.buchholz@allianceoneinc.com Mar 27 2017 22:42:52     Alliance One,
               4850 Street Road,    Suite 300,    Trevose, PA 19053-6643
515575271     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2017 22:38:40
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
515558045    +E-mail/Text: splatt@camdencc.edu Mar 27 2017 22:42:55     Camden County College,
               200 N. Broadway,    Camden, NJ 08102-1185
515558051     E-mail/Text: legal-dept@cooperhealth.edu Mar 27 2017 22:42:57     Cooper Health System,
               PO Box 6018,    Bellmawr, NJ  08099-6018
515558052     E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 27 2017 22:43:00
               Credit Collection Services,    PO Box 9134,    Needham, MA  02494-9134
515558056    +E-mail/Text: bknotices@fenton-mcgarvey.com Mar 27 2017 22:42:52     Fenton & McGarvey Law Firm,
               2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
515558058    +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2017 22:38:35     GE Capital Retail Bank,
               PO Box 965060,    Orlando, FL 32896-5060
515558061     E-mail/Text: cio.bncmail@irs.gov Mar 27 2017 22:42:54     Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA  19101-7346
515558064    +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2017 22:42:56     Midland Funding, LLC,
               8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
515558065    +E-mail/Text: mmrgbk@miramedrg.com Mar 27 2017 22:42:58     Miramed Revenue Group,
               991 Oak Creek Drive,    Lombard, IL 60148-6408
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 27, 2017
                              Form ID: cscnodsc        Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515939442         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2017 22:38:35
                   Portfolio Recovery Associates, LLC,    c/o Dress Barn,    POB 41067,    Norfolk VA 23541
515852955         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2017 22:38:32
                   Portfolio Recovery Associates, LLC,    c/o Sears,    POB 41067,    Norfolk VA 23541
515852956         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2017 22:38:35
                   Portfolio Recovery Associates, LLC,    c/o The Gap,    POB 41067,    Norfolk VA 23541
515558069         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2017 22:38:41
                   Portfolio Recovery Assc., LLC,    120 Corporate Blvd,    Norfolk, VA   23502-4952
515558076         E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2017 22:33:06      SYNCB/Gap,    PO Box 965005,
                   Orlando, FL   32896-5005
515558081        +E-mail/Text: bankruptcydepartment@tsico.com Mar 27 2017 22:42:59      Transworld Systems,
                   5626 Frantz Road,    Dublin, OH 43017-2590
                                                                                                TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515558070*       +Portfolio Recovery Assc., LLC,    120 Corporate Blvd,    Norfolk, VA 23502-4952
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
              Andrew   Sklar     andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    Bank of America, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Bank of America, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas Paul Edwards    on behalf of Creditor    Bank of America, N.A. nedwards@shp-law.com
              Thomas J Orr    on behalf of Debtor Leann M. Stevenson tom@torrlaw.com,   xerna@aol.com
                                                                                             TOTAL: 5
```